Nancy B. Pridgen (*pro hac vice*)
MONNOLLY | PRIDGEN LLC
3340 Peachtree Road, Suite 1800
Atlanta, Georgia 30326
Telephone: 404.551.5884
Fax: 678.812.3654
Email: nancy@mplaw-llc.com

Michael W. Pott, SBN 186156
PORTER | SCOTT, P.C.
350 University Ave., Suite 200
Sacramento, CA 95825
Telephone: 916.929.1481 ext. 322
Fax: 916.927.3706
Email: mpott@porterscott.com

Attorneys for Defendant
INTEL CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHELLEY PROOF, | CASE NO. No. 2:12-CV-01716-TLN-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |
| vs. | Complaint Filed: June 28, 2012 |
| INTEL CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendant | |

Plaintiff SHELLEY PROOF and Defendant INTEL CORPORATION LONG TERM DISABILITY PLAN hereby respectfully and jointly request the Court modify the briefing schedule for the responsive trial briefs for the reasons set forth below.

On June 12, 2013, the Court issued a minute order setting this ERISA matter for a half-day bench trial on October 11, 2013 at 9:00 a.m. The minute order requires the parties to file opening trial briefs on or before September 13, 2013 and responsive briefs on or before September 27, 2013. Each party filed its opening brief on September 13, 2013.

1
**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE**

National counsel for Defendant, Nancy B. Pridgen, has had a serious health issue[1] arise and as a result needs a short (two-day) extension to prepare and file Defendant's responsive brief. Defense Counsel contacted Plaintiff's counsel, Peter Sessions, and proposed that the parties ask the Court to extend deadline for both parties' response briefs by two (2) business days, to October 1, 2013, so as to not disadvantage either party. Plaintiff's counsel agreed with this proposal.

This stipulation does not impact the Bench Trial which remains set for October 11, 2013.

**IT IS SO STIPULATED:**

DATED: September 23, 2013                                KANTOR & KANTOR, LLP

By:  */s/ Peter S. Sessions*
     Peter S. Sessions
     Attorneys for Plaintiff
     Shelley Proof

DATED: September 23, 2013                                MONNOLLY | PRIDGEN LLC

By:  */s/ Nancy B. Pridgen*
     Nancy B. Pridgen
     Attorneys for Defendant
     Intel Corp. LTD Plan

**ORDER**

Based on the Stipulation of the parties, due date for the filing of responsive trial briefs is changed. All responsive trial briefs shall now be filed on or before October 1, 2013.

**IT IS SO ORDERED:**

Dated: September 25, 2013

Troy L. Nunley
United States District Judge

---

[1] Defense counsel can and will explain the nature of her serious health issue to the Court's staff by telephone, if necessary, but is not comfortable putting specific details in a publicly-accessible document.

2
**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE**